The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEBAHAT DIVSAR AND ERAJ DIVSAR,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, INC.; WELLS FARGO BANK, N.A.; and DOE DEFENDANTS 1 through 20,<br><br>Defendants. | NO. 2:17-cv-01065-JLR<br><br>**STIPULATION REGARDING MOTION FOR PRELIMINARY INJUNCTION, AND ORDER THEREON [PROPOSED]**<br><br>NOTE ON MOTION CALENDAR:<br>JULY 27, 2017 |

## I.   STIPULATION

Plaintiffs Sebahat Divsar and Eraj Divsar (the "Divsars"), Defendant Quality Loan Service Corp. of Washington ("QLS"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, pursuant to LCR 67(a), hereby agree and stipulate as follows:

1. That any foreclosure of the property which is the subject of this litigation, judicial and non-judicial, based on the Deed of Trust at issue herein, including the

109300/FR0022/01805814-1
STIPULATION RE MOTION FOR
PRELIMINARY INJUNCTION AND
ORDER THEREON [PROPOSED] - 1

CASE NO.: 2:17-cv-01065-JLR

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

1. Trustee's Sale currently scheduled to be held in King County, Washington, which was initiated by QLS at the behest of Wells Fargo asserting itself as the Beneficiary, is hereby enjoined and may not proceed, if at all, until further order of this Court;

2. That the Divsars shall deposit $1,534.51 into the Court Registry on or before the 29th day of each month hereafter so long as this Order is in effect and shall provide proof of such deposit to all parties of record in this suit. If the Divsars fail to deposit the money in a timely manner as provided herein, any party seeking to dissolve this Order may move this Court, after providing notice to all parties of such action, and request to foreclose pursuant to RCW 61.24 and other applicable laws; and

3. That upon entry of an Order hereon, the parties shall file a Stipulated Motion for Disbursement of Funds in the King County Superior Court and request entry of an Order thereon which provides that all funds paid by the Divsars and currently held in the Registry of the King County Superior Court concerning this action be transmitted to the Registry of this Court for disposition pursuant to this Order.

**IT IS SO STIPULATED** this 27th day of July, 2017.

| /s/ Melissa A. Huelsman | /s/ Barbara L. Bollero |
|---|---|
| Melissa A. Huelsman, WSBA # 30935 | Barbara L. Bollero, WSBA # 28906 |
| LAW OFFICES OF MELISSA A. HUELSMAN, P.S. | AFRCT, LLP |
| 705 Second Avenue, Suite 601 | 701 Pike Street, Suite 1560 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Phone: (206) 447-0103 | Phone: (206) 492-2300 |
| Email: mhuelsman@predatorylendinglaw.com | Email: bbollero@afrct.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

109300/FR0022/01805814-1
STIPULATION RE MOTION FOR PRELIMINARY INJUNCTION AND ORDER THEREON [PROPOSED] - 2

CASE NO.: 2:17-cv-01065-JLR

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

| | |
|---|---|
| /s/ Robert W. McDonald<br>Robert W. McDonald, WSBA # 43842<br>Quality Loan Service Corp. of Washington<br>108 1st Ave. S., Suite 202<br>Seattle, WA 98104<br>Phone: (206) 596-4862<br>Email: rmcdonald@qualityloan.com<br>*Attorneys for Defendant QLS* | |

## II. ORDER ON STIPULATION

IT IS SO ORDERED.

Dated this 27 day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE
JAMES L. ROBART

Presented by, Approved as to Form, and Notice of Presentation Waived:

| | |
|---|---|
| /s/ Melissa A. Huelsman<br>Melissa A. Huelsman, WSBA # 30935<br>LAW OFFICES OF MELISSA A. HUELSMAN, P.S.<br>705 Second Avenue, Suite 601<br>Seattle, WA 98104<br>Phone: (206) 447-0103<br>Email: mhuelsman@predatorylendinglaw.com<br>*Attorneys for Plaintiffs* | /s/ Barbara L. Bollero<br>Barbara L. Bollero, WSBA # 28906<br>AFRCT, LLP<br>701 Pike Street, Suite 1560<br>Seattle, WA 98101<br>Phone: (206) 492-2300<br>Email: bbollero@afrct.com<br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

109300/FR0022/01805814-1
STIPULATION RE MOTION FOR PRELIMINARY INJUNCTION AND ORDER THEREON [PROPOSED] - 3

CASE NO.: 2:17-cv-01065-JLR

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

| | |
|---|---|
| /s/ Robert W. McDonald<br>Robert W. McDonald, WSBA # 43842<br>Quality Loan Service Corp. of Washington<br>108 1st Ave. S., Suite 202<br>Seattle, WA 98104<br>Phone: (206) 596-4862<br>Email: rmcdonald@qualityloan.com<br>*Attorneys for Defendant QLS* | |

109300/FR0022/01805814-1
STIPULATION RE MOTION FOR
PRELIMINARY INJUNCTION AND
ORDER THEREON [PROPOSED] - 4

CASE NO.: 2:17-cv-01065-JLR

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Melissa A. Huelsman<br>MELISSA A. HUELSMAN, P.S.<br>705 Second Avenue, Suite 601<br>Seattle, WA 98104<br>*Attorneys for Plaintiffs* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[X] By CM/ECF E-Service |
| Robert McDonald<br>QUALITY LOAN SERVICE CORP. OF WASHINGTON<br>108 1st Avenue S., Suite 202<br>Seattle, WA 98104<br>*Attorneys for Defendant Quality Loan Service Corp. of Washington* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[X] By CM/ECF E-Service |

Signed this 27th day of July, 2017, at Seattle, Washington.

/s/ Kay Spading
Kay Spading, Legal Assistant
AFRCT, LLP

109300/FR0022/01805814-1
STIPULATION RE MOTION FOR PRELIMINARY INJUNCTION AND ORDER THEREON [PROPOSED] - 5

CASE NO.: 2:17-cv-01065-JLR

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300