UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEBAHAT DIVSAR, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>QUALITY LOAN SERVICE CORP.<br>OF WASHINGTON, INC. et al.,<br><br>　　　　　　　Defendants. | CASE NO. C17-1065JLR<br><br>ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, DISSOLVE THE INJUNCTION, AND RELEASE REGISTRY FUNDS |

　　Before the court is Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Federal Rule Civil Procedure 12(b)(6) motion to dismiss Plaintiffs Sebahat Divsar and Eraj Divsar ("the Divsars") complaint. (Mot. (Dkt. # 9).) The court has considered Wells Fargo's motion, Wells Fargo's request for judicial notice of documents in support of its motion (RJN (Dkt. # 8), the relevant portions of the record, and the applicable law. The Divsars did not file an opposition to Wells Fargo's motion to dismiss or Wells Fargo's request for judicial notice of documents. (*See* Dkt.)

| | |
|---|---|
| 1 | Being fully advised, the court GRANTS Wells Fargo's unopposed motion to |
| 2 | dismiss and unopposed request for judicial notice (Dkt. ## 8, 9) and DISMISSES the |
| 3 | Divsars' complaint with prejudice. In addition, the court DISSOLVES the preliminary |
| 4 | injunction (PI (Dkt. # 7)) entered on July 27, 2017. Finally, the court AUTHORIZES and |
| 5 | DIRECTS the Clerk to draw a check on the funds deposited in the registry of this court in |
| 6 | the principal amount of $4,593.53, plus all accrued interest, minus any statutory users |
| 7 | fees, payable to Wells Fargo Bank, N.A., and mail or deliver the check to Wells Fargo's |
| 8 | counsel of record. |

Dated this 31st day of August, 2017.

_____
JAMES L. ROBART
United States District Judge